# NO. 12-15-00115-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *CHRISTY AND KORY HILL,* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

The parties have filed a motion to dismiss this original proceeding. In their motion, the parties state that they have resolved their dispute and the relators have agreed to dismiss this proceeding. The motion complies with Texas Rule of Appellate Procedure 42.1(a)(1). Accordingly, the motion to dismiss is granted, and the original proceeding is *dismissed*. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered June 17, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

## JUNE 17, 2015

## NO. 12-15-00115-CV

**CHRISTY AND KORY HILL,**
Relators

v.

**HON. DAVID SCOTT BRABHAM**,
Respondent

## ORIGINAL PROCEEDING

THIS CAUSE came on to be heard on the agreed motion of the parties to dismiss this original proceeding herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and this original proceeding be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*